# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schanzle-Haskins, Thomas P. | United States District Court Central District of Illinois | 08/11/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge (full-time) | ☐ Nomination Date<br>☐ Initial ✓ Annual ☐ Final<br>5b. ✓ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

600 East Monroe, Rm 124
Springfield, IL 62701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✓ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 08/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1-12/2015 | State of Illinois Retirement |
| 2. | 10/2015 | Family Farm Rental |
| 3. | 1-12/2015 | Midwest Region Organizing Comm, LIUNA |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 08/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Bank, Springfield, Illinois | Unsecured line of credit | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. John Hancock Life Insurance Policy | | None | K | T | | | | | |
| 2. Interest bearing check acct, Illinois National Bank, Springfield, IL | A | Interest | J | T | | | | | |
| 3. Wells Fargo Money Market Fund | A | Dividend | K | T | Buy | 11/15/15 | K | | |
| 4. FXH ETF IL Health Care | | None | | | Sold | 09/30/15 | K | D | |
| 5. FCIGX Sm Cap Gr FD | A | Dividend | J | T | | | | | |
| 6. OAKLX Oakmark FD | | None | | | Sold | 03/20/15 | K | | |
| 7. NICSX Nicholas FD | A | Dividend | K | T | | | | | |
| 8. RYZAX Rydex Val FD | | None | | | Sold | 08/21/15 | J | | |
| 9. TIBIX Thornburg FD | A | Dividend | | | Sold | 05/27/15 | K | A | |
| 10. CAIBX Capital Income Builder | B | Dividend | K | T | | | | | |
| 11. AEPGX EuroPacific | | None | | | Sold | 09/01/15 | K | | |
| 12. AGTHX Gr Fd of Am | A | Dividend | L | T | | | | | |
| 13. AMECX Income Fd of Am | A | Dividend | L | T | | | | | |
| 14. AIBAX Intermediate Bond FD (See Part VIII) | A | Dividend | J | T | | | | | |
| 15. AIVSX Investment Co. of Am | A | Dividend | K | T | | | | | |
| 16. ANWPX New Perspective | A | Dividend | K | T | | | | | |
| 17. SMCWX Small Cap World FD | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FDN ETF Internet | | None | K | T | Buy | 05/29/15 | K | | |
| 19. FV ETF Focus Five | A | Dividend | J | T | Buy | 01/02/15 | J | | |
| 20. MINIX MFS Intl FD | | None | | | Buy | 03/20/15 | K | | |
| 21. MINIX MFS Intl FD | | None | | | Sold | 08/25/15 | K | | |
| 22. HFMDX HENN Midcap FD | A | Dividend | K | T | Buy | 10/21/15 | K | | |
| 23. ASBAX Short Term BD FD | A | Dividend | K | T | Buy | 09/01/15 | K | | |
| 24. ABA Retirement Fund - Stable Asset Return Fund (See Part VIII) | | None | M | T | | | | | |
| 25. ABA Retirement Fund - Large Cap Equity Fund (See Part VIII) | | None | K | T | | | | | |
| 26. ABA Retiremend Fund - International All Cap Equity Fund (See Part VIII | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 08/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 14:  Sale on 1/9/2014 reported in 2014 report was a partial sale.

Part VII, Lines 24-26:  These assets are in the Brown, Hay, & Stephens, LLP 401k Profit Sharing Plan and the Brown, Hay, & Stephens, LLP DC Pension Plan. However, the plans are administered by the American Bar Association and the filer does not own the underlying assets and cannot control the selection of assets, other than choosing a general category of investment.  The specific funds in the Plans are listed on Lines 24, 25, and 26, Part VII.  The employer match of $3,276.71 for the Defined Benefit Pension Plan and the 401k Plan for the filer's contributions made between January and March of 2014 was made on 4/9/2015. There will be no further contributions made by the filer or the filer's former law firm.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas P. Schanzle-Haskins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544